# Third District Court of Appeal

## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-731
Lower Tribunal No. 20-2831
_____

**Beyond International, Inc., et al.,**
Appellants,

vs.

**Diverse Enterprises, Ltd. Co., LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Osorio Internacional, P.A., and Carlos F. Osorio and Raúl A. Reichard, for appellants.

Alberto F. Sarasua, for appellees.

Before LOGUE, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Educ. Res. Inst., Inc. v. Rickard</u>, 924 So. 2d 40, 41 (Fla. 3d DCA 2006) ("Florida courts apply principles of federal claim preclusion to determine whether a Florida claim is res judicata in cases where a prior federal court judgment exists. Under the federal law of res judicata, a final judgment on the merits of an action precludes the re-litigation of claims that were previously raised or could have been raised in a former action."); Fla. R. Civ. P. 1.170(a) (defining compulsory counterclaim as "any claim which at the time of serving the pleading the pleader has against any opposing party, provided it arises out of the transaction or occurrence that is the subject matter of the opposing party's claim . . . ."); <u>Rudner v. Cabrera</u>, 455 So. 2d 1093, 1096 (Fla. 5th DCA 1984) ("The policy behind the compulsory counterclaim rule is to prevent multiplicity of actions and to require the resolution in a single lawsuit of all disputes arising out of the same transaction.") (citations omitted).